**THE URBAN LAW FIRM**
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
E: nring@theurbanlawfirm.com

**ANDERSEN LAW FIRM, LTD.**
Ryan Andersen, Nevada State Bar No. 12321
101 Convention Center Dr., Suite 600
Las Vegas, NV 89109
T: (702) 522-1992
F: (702) 825-2824
E: ryan@vegaslawfirm.legal
*Counsel for Plaintiff Ashley Cameron*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY CAMERON f/ka/ OSHRAT (ASHLEY) ELIMELECH, an individual, d/b/a BPA FINANCIALS,<br><br>Plaintiff,<br><br>vs.<br><br>ZAMA & ZAMA, INC., a Nevada corporation, d/b/a Karma and Luck,<br><br>Defendant. | Case No.: 2:20-cv-005 82-KJD-BNW<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION** |

IT IS HEREBY stipulated by and between Plaintiff, ASHLEY CAMERON f/ka/ OSHRAT (ASHLEY) ELIMELECH, an individual, d/b/a BPA FINANCIALS; et al. ("Plaintiff"), and Defendant, ZAMA & ZAMA, INC., a Nevada corporation, d/b/a Karma and Luck ("Defendant"), through their undersigned attorneys that Defendant agrees to permit Plaintiff an additional fourteen days in which to file response to Defendant's Motion to Dismiss Amended Complaint.

Plaintiff's counsel had an attorney their firm diagnosed with COVID-19 and who has been out four weeks. Additional time is needed for Plaintiff's counsel to prepare the response to Defendant's

1

Motion to Dismiss Amended Complaint. The Response currently due on August 6, 2020 would be due on August 20, 2020. This stipulation is entered into in good faith and not for the reason of delaying these proceedings.

Dated this 4th day of August, 2020.                    **THE URBAN LAW FIRM**

/s/ Nathan R. Ring
Nathan R. Ring, Nevada State Bar No. 12078
*Counsel for Plaintiff*

Dated this 4th day of August, 2020.                    **ANDERSEN LAW FIRM, LTD.**

/s/ Ryan Andersen
Ryan Andersen, Nevada State Bar No. 12321
*Counsel for Plaintiff*

Dated this 4th day of August, 2020.                    **HOWARD & HOWARD**

/s/ Robert Rosenthal
Robert Rosenthal, Nevada State Bar No. 6476
Cami Perkins, Nevada State Bar No. 9149
*Counsel for Defendant*

IT IS SO ORDERED.

Dated: 8/6/2020

_____
United States District Judge