**THE URBAN LAW FIRM**
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
E: nring@theurbanlawfirm.com

**ANDERSEN LAW FIRM, LTD.**
Ryan Andersen, Nevada State Bar No. 12321
3199 E Warm Springs Rd, Ste 400
Las Vegas, NV 89120
T: (702) 522-1992
F: (702) 825-2824
E: ryan@vegaslawfirm.legal

*Attorneys for Plaintiff Ashley Cameron*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY CAMERON F/KA/ OSHRAT (ASHLEY) ELIMELECH, AN INDIVIDUAL, D/B/A BPA FINANCIALS,<br><br>                    Plaintiff,<br>vs.<br><br>ZAMA & ZAMA, INC., A NEVADA CORPORATION, D/B/A KARMA AND LUCK,<br><br>                    Defendant. | Case No.  2:20-cv-00582-KJD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.  Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 12th day of October 2020

THE URBAN LAW FIRM

By: /s/ Nathan R. Ring
    Nathan R. Ring, Esq.
    Nevada State Bar No. 12078
    4270 S. Decatur Blvd., Suite A-9
    Las Vegas, Nevada 89103
    *Attorney for Plaintiff*

ANDERSEN LAW FIRM, LTD.

By: /s/ Ryan Andersen
    Ryan Andersen, Esq.
    Nevada State Bar No. 12321
    3199 E Warm Springs Rd, Ste 400
    Las Vegas, NV 89120
    *Attorney for Plaintiff*

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Rosenthal
    Robert L. Rosenthal, Esq.
    Nevada State Bar No. 6476
    3800 Howard Hughes Parkway, Ste. 1000
    Las Vegas, NV 89169
    *Attorney for Defendant*

## <u>ORDER</u>

IT IS SO ORDERED.

Date:   10/14/2020

UNITED STATES DISTRICT COURT JUDGE

2